

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| New Hampshire Insurance Company, Sunsets West, Inc. and R. M. Personnel, Inc., | § | No. 08-15-00173-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| Luis Alberto Rodriguez, | § | (TC# 2007-5339) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant R. M. Personnel, Inc.'s second motion for extension of time within which to file the reply brief until **June 1, 2016.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REPLY BRIEF OF APPELLANT R. M. PERSONNEL, INC. WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. David Campbell, attorney for Appellant R. M. Personnel, Inc., prepare the reply brief of Appellant R. M. Personnel, Inc. and forward the same to this Court on or before June 1, 2016.

IT IS SO ORDERED this 31st day of May, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.